| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-3<br>Case 13-33404-hdh7<br>Northern District of Texas<br>Dallas<br>Mon Aug 12 10:14:32 CDT 2013 | Community Trust Bank<br>c/o Stromberg Stock<br>Two Lincoln Centre<br>5420 LBJ Fwy<br>Ste 300<br>Dallas, TX 75240-6271 | First Victoria National Bank |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 | AMEX<br>PO BOX 297871<br>FORT LAUDERDALE, FL 33329-7871 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CASHCALL INC<br>1600 S DOUGLASS RD<br>ANAHEIM, CA 92806-5948 |
| Community Trust Bank<br>c/o Stromberg Stock, PLLC<br>Two Lincoln Centre<br>5420 LBJ Frwy, Ste 300<br>Dallas, TX 75240-6271 | DAWN AND TODD AARON<br>6215 WOODLAND<br>DALLAS, TX 75225-2838 | DIF SERVICES<br>PO BOX 29818<br>DALLAS, TX 75229-0818 |
| FINANCIAL CONTROL SE<br>6801 SANGER SUITE 195<br>WACO, TX 76710-7804 | FIRST PREMIER BANK<br>601 S MINNESOTA AVE<br>SIOUX FALLS, SD 57104-4868 | FORD CRED<br>PO BOX BOX 542000<br>OMAHA, NE 68154-8000 |
| I C SYSTEM INC<br>PO BOX 64378<br>SAINT PAUL, MN 55164-0378 | NORDSTROM FSB<br>PO BOX 6555<br>ENGLEWOOD, CO 80155-6555 | SANTANDER CONSUMER USA<br>PO BOX 961245<br>FT WORTH, TX 76161-0244 |
| (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | TEXANS CREDIT UNION<br>PO BOX 853912<br>RICHARDSON, TX 75085-3912 | THE CITY NATIONAL BANK<br>201 CONNALLY ST<br>SULPHUR SPRINGS, TX 75482-2611 |
| VERIZON WIRELESS<br>1 VERIZON PL<br>ALPHARETTA, GA 30004-8510 | (p)WACHOVIA DEALER SERVICES INC<br>BK DEPARTMENT<br>PO BOX 19657<br>IRVINE CA 92623-9657 | Diane G. Reed<br>501 N. College Street<br>Waxahachie, TX 75165-3361 |
| Gary Griffith<br>4694 FM 2869<br>Winnsboro, TX 75494-7478 | William Paul Kennedy<br>NNK Legal Group, PLLC<br>4125 Fairway Drive, Suite 132<br>Carrollton, TX 75010-6513 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BANK OF AMERICA<br>4161 PIEDMONT PKWY<br>GREENSBORO, NC 27410 | CAP ONE<br>PO BOX 85520<br>RICHMOND, VA 23285 | SPRINGLEAF FINANCIAL S<br>3015 N BELT LINE RD<br>IRVING, TX 75062 |
| WFDS/WDS<br>PO BOX 1697<br>WINTERVILLE, NC 28590 | End of Label Matrix<br>Mailable recipients    25<br>Bypassed recipients     0<br>Total                  25 | |