

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed August 12, 2013

United States Bankruptcy Judge

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 13-33404-HDH-7 |
| Gary Griffith | ) |
| | ) |
| Debtor. | ) |

**ORDER GRANTING AMENDED MOTION TO CONVERT CASE TO A
CASE UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

On this date came on to be considered the amended motion (the "**Motion**") of Gary Griffith for the entry of an order converting the above-captioned case to a case under Chapter 11 of the Bankruptcy Code. The Court, after considering the Motion, hereby concludes that the Motion is well taken and should be GRANTED. It is therefore

ORDERED ADJUDGED AND DECREED that the above-captioned case is converted to a case under Chapter 11 of the United States Bankruptcy Code effective upon entry of this Order. It is further

ORDERED ADJUDGED AND DECREED that the Debtor shall file all documents required by Federal Rule of Bankruptcy Procedure 1007 within fourteen (14) days of the entry of this Order.

# # # End of Order # # #