```
Label Matrix for local noticing        Community Trust Bank                First Victoria National Bank
0539-3                                  c/o Stromberg Stock
Case 13-33404-hdh11                     Two Lincoln Centre
Northern District of Texas              5420 LBJ Fwy
Dallas                                  Ste 300
Wed Aug 14 13:53:32 CDT 2013            Dallas, TX 75240-6271

United States Trustee                   1100 Commerce Street                AMEX
1100 Commerce Street                    Room 1254                           PO BOX 297871
Room 976                                Dallas, TX 75242-1305               FORT LAUDERDALE, FL 33329-7871
Dallas, TX 75242-0996


(p)BANK OF AMERICA                      (p)CAPITAL ONE                      CASHCALL INC
PO BOX 982238                           PO BOX 30285                        1600 S DOUGLASS RD
EL PASO TX 79998-2238                   SALT LAKE CITY UT 84130-0285        ANAHEIM, CA 92806-5948


Community Trust Bank                    Community Trust Bank                DAWN AND TODD AARON
c/o Stromberg Stock, PLLC               c/o Stromberg Stock, PLLC           6215 WOODLAND
Two Lincoln Centre                      Two Lincoln Centre                  DALLAS, TX 75225-2838
5420 LBJ Frwy, Ste 300                  5420 LBJ Pwy, Ste 300
Dallas, TX 75240-6271                   Dallas, Texas 75240-6271


DIF SERVICES                            DIF Services                        Dawn and Todd Aaron
PO BOX 29818                            P.O. Box 29818                      6215 Woodland
DALLAS, TX 75229-0818                   Dallas, Texas 75229-0818            Dallas, Texas 75225-2838


Diane G. Reed                           FINANCIAL CONTROL SE                FIRST PREMIER BANK
501 N. College Street                   6801 SANGER SUITE 195               601 S MINNESOTA AVE
Waxahachie, Texas 75165-3361            WACO, TX 76710-7804                 SIOUX FALLS, SD 57104-4868


FORD CRED                               Financial Control SE                First Premier Bank
PO BOX BOX 542000                       3801 Sanger Ste 195                 601 S. Minnesota Ave
OMAHA, NE 68154-8000                    Waco, Texas 76710-5150              Sioux, SD 57104-4868


Ford Credit                             I C SYSTEM INC                      NORDSTROM FSB
P.o. Box 542000                         PO BOX 64378                        PO BOX 6555
Omaha, NE 68154-8000                    SAINT PAUL, MN 55164-0378           ENGLEWOOD, CO 80155-6555


SANTANDER CONSUMER USA                  (p)SPRINGLEAF FINANCIAL SERVICES    Santander Consumer USA
PO BOX 961245                           P O BOX 3251                        P.O. Box 961245
FT WORTH, TX 76161-0244                 EVANSVILLE IN 47731-3251            Fort Worth, Texas 76161-0244


TEXANS CREDIT UNION                     THE CITY NATIONAL BANK              Texan Credit Union
PO BOX 853912                           201 CONNALLY ST                     P.O. Box 853912
RICHARDSON, TX 75085-3912               SULPHUR SPRINGS, TX 75482-2611      Richardson, Texas 75085-3912
```

| | | |
|---|---|---|
| The City National Bank<br>201 Connally St<br>Sulphur springs, Texas 75482-2611 | Todd and Dawn Aaron<br>9757 Military Parkway<br>Dallas, TX 75227-4805 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, Texas 75242-0996 |
| VERIZON WIRELESS<br>1 VERIZON PL<br>ALPHARETTA, GA 30004-8510 | (p)WACHOVIA DEALER SERVICES INC<br>BK DEPARTMENT<br>PO BOX 19657<br>IRVINE CA 92623-9657 | William P. Kennedy<br>NNK Legal Group, PLLC<br>4125 Fairway Drive, Ste 132<br>Carrollton, texas 75010-6513 |
| Gary Griffith<br>4694 FM 2869<br>Winnsboro, TX 75494-7478 | William Paul Kennedy<br>NNK Legal Group, PLLC<br>4125 Fairway Drive, Suite 132<br>Carrollton, TX 75010-6513 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BANK OF AMERICA<br>4161 PIEDMONT PKWY<br>GREENSBORO, NC 27410 | (d)Bank of America<br>P.O. Box 982238<br>El Paso, Texas 79998-2238 | CAP ONE<br>PO BOX 85520<br>RICHMOND, VA 23285 |
| SPRINGLEAF FINANCIAL S<br>3015 N BELT LINE RD<br>IRVING, TX 75062 | (d)Springleaf Financial Services<br>P.O. Box 3251<br>Evansville, IN 47731-3251 | WFDS/WDS<br>PO BOX 1697<br>WINTERVILLE, NC 28590 |
| (d)Wachovia Dealer Services Inc<br>Bk Department<br>P.O. Box 19657<br>Irvine, CA 92623-9657 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Amex<br>P.O. Box 297871<br>Fort Lauderdale, Fl 33329-7871 | (d)Capital One<br>P.O. Box 30285<br>Salt lake City, UT 84130-0285 | (d)CashCall Inc<br>1600 S Douglass Road<br>Anaheim, CA 92806-5948 |
| (d)I C System Inc<br>P.O. Box 64378<br>\Saint Paul, MN 55164-0378 | (d)Nordstrom FSB<br>P.o. Box 6555<br>Englewood, CO 80155-6555 | (d)Verizon Wireless<br>1 Verizon PL<br>Alpharetta, GA 30004-8510 |

End of Label Matrix
Mailable recipients    37
Bypassed recipients     6
Total                  43