Howard Marc Spector
TBA #00785023
Nathan M. Johnson
TBA # 00787779
SPECTOR & JOHNSON, PLLC
12770 Coit Road, Suite 1100
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
EMAIL: hspector@spectorjohnson.com

PROPOSED COUNSEL FOR THE DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **Gary R. Griffith** | § | **Case Number 13-33404-HDH-11** |
| | § | |
| **Debtor.** | § | **(Chapter 11)** |
| **Gary Griffith and Stephanie Griffith** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| v. | § | **Adversary No. _____** |
| | § | |
| **Todd Aaron and Dawn Aaron** | § | |
| | § | |
| **Defendants.** | § | |

**NOTICE OF REMOVAL**

Gary R. Griffith (the "**Debtor**"), file this Notice of Removal of Cause No. CC-13-03871-B (the "**State Court Case**") from County Court at Law No. 2 of Dallas County, Texas to the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "**Bankruptcy Court**").

1. The Debtor is a party to the State Court Case.

2. The Debtor commenced the above-styled and numbered bankruptcy case on July 2, 2013 by filing a petition for voluntary relief pursuant to Chapter 7 of the United States

Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, which is now pending as Case No. 13-33404-HDH-11 (the "**Bankruptcy Case**").  The Debtor converted his case to a case under Chapter 11 on August 13, 2013.

3. Pursuant to 28 U.S.C. § 1452, this Notice of Removal removes all claims in the State Court Case and all parties to the Bankruptcy Court.  Removal is timely pursuant to Federal Rule of Bankruptcy Procedure 9027(a)(2) since this Notice of Removal is filed within the longest of (A) 90 days after the order for relief in the case under the Bankruptcy Code, (B) 30 days after entry of an order terminating a stay, if the claim or cause of action in a civil action has been stayed under § 362 of the Code, or (C) 30 days after a trustee qualifies in a chapter 11 reorganization case but not later than 180 days after the order for relief.

4. This Court is the federal court for the district in which the State Court Case is pending.

5. This Court has jurisdiction over the claims or causes of action asserted in the State Court Case under 28 U.S.C. § 1334 insofar as such claims or causes of action are related to a case under Title 11 of the United States Code. The claims and causes of action asserted against the Debtor in the State Court Case are "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(A), (B), (M), and (O); alternatively, if determined not to be core proceedings, such claims and causes of action are "otherwise related to" this bankruptcy case as provided by 28 U.S.C.§ 157(a), (b)(3), and (c). To the extent any claim or cause of action is found to be a non-core proceeding, the Debtor consents to entry of final orders or judgment by the bankruptcy judge.

6. As required by Federal Rule of Bankruptcy Procedure 9027(a)(1), accurate copies of all process, pleadings and orders entered in the State Court Case and served upon the Debtor are submitted herewith in the attached Exhibit "**A**."

WHEREFORE, the Debtor respectfully requests that this Court accept this Notice of Removal and assume jurisdiction over this case and issue such further orders and process as justice may require.

Dated: August 30, 2013.

Respectfully submitted,

By: */s/ Howard Marc Spector*
Howard Marc Spector
TBA #00785023
Spector & Johnson, PLLC
12770 Coit Road, Suite 1100
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
EMAIL: hspector@spectorjohnson.com

PROPOSED COUNSEL
FOR THE DEBTOR