H. Clinton Milner
P.O. Box 801031
Dallas, Texas 75380
Tel. (214) 342-0700
Fax (469) 672-6533
E-mail:  hcmilner@msn.com
*Attorney for First Victoria National Bank*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GARY R. GRIFFITH, | § | CASE NO. 13-33404-HDH-11 |
| | § | CHAPTER 11 |
| **Debtor** | § | |

### FIRST VICTORIA NATIONAL BANK'S
### OBJECTION TO DEBTOR'S CLAIMED EXEMPTIONS

To the Honorable JUDGE HARLIN D. HALE:

COMES NOW First Victoria National Bank ("FVNB"), creditor herein, and objects to Gary R. Griffith's ("Debtor") claimed exemptions under Rule 4003(b) of the Federal Rules of Bankruptcy Procedure ("FRBP"), and respectfully shows as follows:

1. On July 2, 2013, Debtor filed a petition for relief in this case under Chapter 7 of the United States Bankruptcy Code, and converted same to a case under Chapter 11 on August 13, 2013. Debtor purports to be managing his properties as a debtor-in-possession under Bankruptcy Code §§1107 and 1108.

2. This Court has jurisdiction in this matter under 11 U.S.C. §522(b) and 28 U.S.C. §1334. This is a core proceeding under 28 U.S.C. §157(b)(2)(A), (B), (C).

3. FVNB is a secured creditor of Debtor pursuant to a claim in the principal amount of $35,054.00 against Debtor, evidenced by Judgment signed January 18, 2013 against Debtor in Cause No. DC-11-10827-E, styled *First Victoria National Bank vs. Gary R. Griffith*, 101st District

Court, Dallas County, Texas. Said Judgment and claim is secured by liens including lien against the real estate owned by Debtor, evidenced by Abstract of Judgment lien recorded on February 13, 2013, at Document No. 2013-00001815, Official Public Records of Wood County, Texas.

4. This Objection is filed within the time period required under Rule 4003(b)(1).

5. Debtor has claimed as exempt the Real Property at 4694 FM 2869, Winnsboro, TX, which includes 451.37 acres of land, more or less, situated in the F.L. SMITH SURVEY, ABSTRACT NO. 522 and in the J.A. GREER SURVEY, ABSTRACT NO. 228, Wood County, Texas. Debtor has claimed said property to be fully exempt pursuant to Texas Prop. Code Sec. 41.001-.002 and Texas Constitution Art. 16 Sec. 50, 51. FVNB believes the Real Property to be of a value not less than the value of $1,800,000.00 claimed by Debtor.

## OBJECTION TO EXEMPTIONS

6. FVNB objects to Debtor's claim of exemption as to the Real Property, because Debtor's claim of exemption far exceeds the value, size, and/or amount authorized under Texas Prop. Code Sec. 41.001-.002, Texas Constitution Art. 16 Sec. 50, 51, 11 U.S.C. Sec. 522.

7. FVNB requests the Court determine Debtor's claim of exemption of Debtor's Real Property to be excessive, and the Court or U.S. Trustee should deny the exemption claims and identify the Real Property to be sold in satisfaction of FVNB's lien, and for the benefit of creditors.

Wherefore, premises considered, First Victoria National Bank prays that upon final hearing the Court issue an Order denying Debtor's exemptions, in whole or part, and for such other and further relief to which FVNB may be justly entitled.

    Respectfully Submitted,

    H. CLINTON MILNER, PLLC

    BY: /s/ H. Clinton Milner_____
        H. CLINTON MILNER

                                      Texas Bar No. 14169500
                                      P.O. Box 801031
                                      Dallas, Texas 75380
                                      Tel: (214) 342-0700
                                      Fax: (469) 672-6533
                                      Email: hcmilner@msn.com
                                      Attorney for Movant

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the above and foregoing document was served electronically or mailed on the date the document was electronically filed, and served upon Trustee, Debtor, Debtor's attorney, and parties entering an appearance, via ECF.

                                        /s/ H. Clinton Milner
                                        H. CLINTON MILNER

3