

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 21, 2013**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | **Case No. 13-33404-HDH-11** |
| Gary R. Griffith | § | |
| | § | |
| Debtor. | § | (Chapter 11) |

### ORDER GRANTING REQUEST FOR 30-DAY WAIVER OF FILING A CERTIFICATE OF CREDIT COUNSELING DUE TO EXIGENT CIRCUMSTANCES

On this date came on to be considered the hearing on the request (the "**Request**") for 30-day waiver of filing a certificate of credit counseling due to exigent circumstances filed by Gary R. Griffith (the "**Debtor**"). The Court, after considering the Request and hearing the arguments of counsel, hereby concludes that the Request is well taken and should be GRANTED.

# # # End of Order # # #

Submitted by:

Howard Marc Spector
TBA #00785023
Spector & Johnson, PLLC
12770 Coit Road, Suite 1100
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
EMAIL: hspector@spectorjohnson.com