Brett Field
STROMBERG STOCK, PLLC
8750 N Central Expwy, Ste 625
Dallas, TX 75231
Telephone: (972) 458-5316
Facsimile: (972) 861-5339
E-mail: brett@strombergstock.com

*Attorneys for Community Trust Bank*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| GARY GRIFFITH | § § | CASE NO. 13-33404-hdh7 |
| Debtor. | § | |

### NOTICE OF CHANGE OF FIRM ADDRESS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Brett Field, counsel for Creditor Community Trust Bank, and notifies the Court and counsel as follows:

**I.**

Lead counsel of record for Creditor Community Trust Bank, Brett Field, has moved his office effective February 1, 2014.

Mr. Field's new address is stated below. The firm's facsimile number is also changing and is below, but all other contact information will remain unchanged.

WHEREFORE, Creditor Community Trust Bank requests that the Court and counsel take notice of this new address and facsimile number for all future correspondence.

NOTICE OF CHANGE OF FIRM ADDRESS - Page 1

Respectfully submitted,

**STROMBERG STOCK, P.L.L.C.**

By: */s/ Brett Field*
    Brett Field
    State Bar No. 24050596
    8750 North Central Expressway, Suite 625
    Dallas, Texas 75231
    Telephone: (972) 458-5316
    Facsimile: (972) 861-5339
    Email: Brett@strombergstock.com
    **ATTORNEY FOR COMMUNITY TRUST BANK**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all parties via ECF on this 30th day of January, 2014:

*/s/ Brett Field*
Brett Field