H. Clinton Milner
State Bar No. 14169500
H.CLINTON MILNER, PLLC
P.O. Box 801031
Dallas, Texas 75380
Tel (214) 342-0700
Fax (469) 672-6533
hcmilner@msn.com
*Attorney for Prosperity Bank*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 13-33404-HDH-11 |
| **GARY GRIFFITH,** | § | |
|    Debtor | § | Objection to Confirmation |
| | § | Set July 29, 2014 at 9:00 a.m. |

**PROSPERITY BANK'S OBJECTION TO CONFIRMATION**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Comes NOW, Prosperity Bank ("Prosperity"), successor-in-interest to First Victoria National Bank, secured creditor herein, and files its Objection to Confirmation of the Chapter 11 Plan filed by Gary Griffith, Debtor ("Debtor"), and respectfully shows the Court the following:

1.    Debtor filed his petition in this bankruptcy case on July 7, 2013.

2.    On September 30, 2013, First Victoria National Bank filed a secured Proof of Claim [Claim No. 9] in the amount of $35,054.00, for a Judgment against Debtor in Cause No. DC-11-10827-E styled *First Victoria National Bank vs. Gary R. Griffith*, out of the 101st District Court, Dallas County, Texas, which is secured by perfected lien evidenced by Abstract of Judgment recorded at Document No. 2013-00001815, Official Public Records of Wood County, Texas, against a tract of real property identified in Debtor's Second Amended Plan of Reorganization as, and being located at, 4694 FM 2869, Winnsboro, Texas, and being 451.37 acres of land, more

1

or less, situated in the F.L. SMITH SURVEY, ABSTRACT NO. 522 and in the J.A. GREER SURVEY, ABSTRACT NO. 228, Wood County, Texas, as more fully described by that certain Warranty Deed With Vendor's Lien from George L. Leonard Investments, Inc., to Gary R. Griffith and Stephany Abernathy, recorded on February 18, 2011, at Document Number 2011-00002033, Official Public Records of Wood County, Texas. In his Schedules, Debtor has stated a value for this real property of $1,800,000.00.

3. Prosperity is further secured by perfected liens against certain equipment listed in the above-referenced judgment and in an Agricultural Security Agreement dated May 3, 2010, further evidenced by that certain UCC Financing Statement filed June 3, 2010 with the Texas Secretary of State at Filing Number 10-0015856945 and Document Number 310320980002.

4. Prosperity is the owner and holder of the Secured Claim No. 9 and all liens associated therewith, as successor-in-interest by merger to First Victoria National Bank.

5. Prosperity is a Class 7 Claimant. Prosperity's secured claims are impaired under the Plan.

6. Prosperity objects to Debtor's Second Amended Plan in that it attempts to modify Prosperity's Secured Claim by proposing an annual interest rate on Prosperity's claim of 0% per annum, contrary to the 18% interest rate ordered in the Judgment in Cause No. DC-11-10827-E styled *First Victoria National Bank vs. Gary R. Griffith* and the default/post-maturity rate agreed to in the underlying Note subject of the Judgment. The contracted default rate is required. *Matter of Southland Corp.*, 160 F.3d 1054 (5th Cir. 1998); *Matter of Laymon*, 958 F.2d 72 (5th Cir. 1998). *In re Ace-Texas, Inc.*, 217 B.R. 719 (Bankr. D. Del. 1998).

7. Prosperity objects to Debtor's Second Amended Plan in that it attempts to modify Prosperity's Secured Claim and treats Prosperity's Claim differently that other similarly placed secured creditors. Prosperity notes that while Debtor proposes to pay 6% interest on the claims of

all other secured creditors, Debtor proposes to pay Prosperity no post-petition interest. Prosperity further notes that Debtor previously proposed to pay 6% interest on Prosperity's Claim in Debtor's First Amended Plan, consistent with other secured creditors, but Debtor, without justification, now proposes to pay 0% interest on Prosperity's claim under Debtor's Second Amended Plan.

8. Prosperity objects to Debtor's Second Amended Plan in that it attempts to modify Prosperity's Secured Claim and treats Prosperity's Claim differently that other similarly placed secured creditors. Debtor proposes to pay Prosperity's Claim over a period of 7 years, as opposed to the 4.5 and 5 year terms of the Class 3, 4, 5, and 6 creditors.

9. Prosperity objects to Paragraph 11.1 of the Plan in that it seeks to create post-confirmation jurisdiction for this Court beyond what has been permitted by rulings of the 5th Circuit. *In re Enron*, 535 F.3d 325 (5th Cir. 2008); *In re: Craig's Stores of Texas*, 226 F.3d 388 (5th Cir. 2001).

10. Prosperity objects to confirmation of Debtor's Plan in that it fails to meet the requirements of 11 U.S.C §1123.

WHEREFORE PREMISES CONSIDERED, Prosperity prays for order of this Court denying confirmation of Debtor's Chapter 11 Plan as proposed, and for such other and further relief, special and general, to which Prosperity Bank may show itself justly entitled.

    Respectfully submitted,

    H. CLINTON MILNER, PLLC

    BY: /s/ H. Clinton Milner_____
        H. CLINTON MILNER
        State Bar No. 14169500
        P.O. Box 801031
        Dallas, Texas 75380
        (214) 342-0700  TEL
        (469) 672-6533  FAX

                email:  hcmilner@msn.com
                Attorney for Prosperity Bank

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Objection to Confirmation was served upon the following parties below by electronic filing:

Howard Spector
12770 Coit Road
Banner Place, Suite 1100
Dallas, TX 75251

Mark Stromberg
8750 N. Central Expy. Ste. 625
Dallas, TX 75231

Office of the U.S. Trustee
1100 Commerce, Room 9C60
Dallas, TX 75242

William Kennedy
4125 Fairway Dr., Suite 132
Carrollton, TX 75010

Brett Field
8750 N. Central Expy. Ste. 625
Dallas, TX 75231

Francis Bauer
P.O. Box 207
Sulphur Springs, TX 75482-0207

Richard Cinclair, Jr.
5335 Spring Valley Rd.
Dallas, TX 75254

Michael Smith
4646 Wild Indigo, Suite 110
Houston, TX 77027

Elizabeth Weller
2777 N. Stemmons Frwy., Ste. 1000
Dallas, TX 75207

Patrick Lynch
1601 Elm Street, Suite 4350
Dallas, TX 75201

Stephen G. Wilcox
Wilcox Law, P.L.L.C.
P.O. Box 11509
Fort Worth, TX 76110-0509

and by First Class Mail, Postage Pre-Paid on:

Gary Griffith
4694 FM 2869
Winnsboro, TX 75494

Jefferson Capital Systems, LLC
P.O. Box 7999
St. Cloud, MN 56302-9617

Dated July 17, 2014

                /s/ H. Clinton Milner_____
                H. CLINTON MILNER