BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Gary R. Griffith | CONFIRMATION HEARING | Case # 13–33404–hdh11 |
| DEBTOR | **TYPE OF HEARING** | |

| | | |
|---|---|---|
| DEBTOR GARY R. GRIFFITH | *VS* | |
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |

| | | |
|---|---|---|
| MARK SPECTOR | | |
| **ATTORNEY** | | **ATTORNEY** |

**EXHIBITS**

DEBTORS' EXHIBIT 1

| | | |
|---|---|---|
| Tonya Castillo | 7/29/2014 | Harlin DeWayne Hale |
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |