

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 18, 2015**

**United States Bankruptcy Judge**

_____

BTXN 161 (rev. 01/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: § 
Gary R. Griffith § Case No.: 13–33404–hdh11
 § Chapter No.: 11
Debtor(s) §

## ORDER VACATING ORDER

The Court, after review of the docket in the above entitled and numbered proceeding, finds that an Order Granting First and Final Application for Compensation of Spector and Johnson, PLLC was entered on 2/3/2015 in error; therefore it is

ORDERED that the above referenced order be and is hereby vacated.

# # # End of Order # # #