B2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Texas

In re Gary R. Griffith                              ,         Case No.  13-33404

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Peritus Portfolio Services II, LLC/ NCEP | Santander Consumer USA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
P.O. Box 141419
Irving, TX 75014-1419

Court Claim # (if known):    5
Amount of Claim:    $28,813.69
Date Claim Filed:    08/21/2013

Phone: 866.831.5954
Last Four Digits of Acct #:    5022

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Elizabeth Qian                              Date: 04/19/2016
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.