

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 5, 2018**

**United States Bankruptcy Judge**

---

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | Case No. 13-33404-HDH-11 |
| **Gary Griffith** | § | |
| | § | |
| Debtor. | § | (Chapter 11) |

**ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF FRANCIS X. BAUER AS COUNSEL FOR CITY NATIONAL BANK OF SULPHUR SPRINGS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM JULY 12, 2013 THROUGH MARCH 10, 2015**

On this date, the Court considered the First Fee Application (the "**Application**") of Francis X. Bauer, as counsel for City National Bank of Sulphur Springs ("CNB") in the above-captioned case. The Application requests final allowance of compensation for services rendered by Francis X. Bauer on behalf of CNB, and reimbursement of actual and necessary expenses incurred on behalf of CNB during such Period. The Court, having considered the pleadings and the Application, finds and concludes as follows:

1. The Court has jurisdiction over this Application pursuant to 28 U.S.C. § 1334. This Application presents a core proceeding pursuant to 28 U.S.C. § 187(b)(2)(A), (B) and (O). The Court has the authority to grant the requested relief pursuant to 11 U.S.C. § 327, 328 and 330 of title 11 of the United State Code and Federal Rules of Bankruptcy Procedure 2014 and 2016.

2. Notice of the Application and the hearing thereon was proper and sufficient.

3. The compensation requested in the Application during the Period is reasonable given the facts, circumstances, and the results achieved.

4. The expenses incurred by Francis X. Bauer on behalf of CNB during the Compensation Period were necessary costs of preserving the Debtor's state and are reasonable given the facts, circumstances, and the results achieved.

5. The Application is well-taken and should be granted. It is therefore ORDERED that the Application is hereby GRANTED. It is further ORDERED that the Francis X. Bauer's request on behalf of CNB of allowance of $11,200.51 representing $10,800.00 as compensation for professional services rendered during the Period and $400.51 as reimbursement for actual and necessary expenses incurred during the Compensation Period is hereby approved.

# # # End of Order # # #

Submitted by:

/s/ Francis X. Bauer
    Francis X. Bauer
    TBA #01920600
Francis X. Bauer
430 Church Street
P O Box 207
Sulphur Springs, TX 75483
Phone: (903) 439-6224
Fax: (903) 885-1385
Email: fbauer@easttexasattorneys.com