

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 16, 2018**

_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **In re** | § | |
| | § | **Case No. 13-33404-HDH-11** |
| **Gary R. Griffith** | § | |
| | § | |
| **Debtor.** | § | **(Chapter 11)** |

### ORDER GRANTING MOTION FOR
### ADMINISTRATIVE CLOSURE OF BANKRUPTCY CASE

On this day, the Court considered the Motion for Administrative Closure of Bankruptcy Case (the "**Motion**") filed by Gary R. Griffith (the "**Debtor**"), reorganized debtor in the above-referenced bankruptcy case (the "**Bankruptcy Case**"), pursuant to 11 U.S.C. § 105(a). After having reviewed the Motion, the Court finds that it has jurisdiction to grant the limited relief requested in the Motion pursuant to 28 U.S.C. § 1408 and 1409. The Court further finds that due and adequate notice of the Motion was served to all parties in interest. IT IS THEREFORE,

ORDERED, ADJUDGED AND DECREED that the Motion is GRANTED. It is further

ORDERED, ADJUDGED AND DECREED that, as of the date of entry of this Order, the Bankruptcy Case is administratively closed while payments under the Plan (as defined in the Motion) are made.  It is further

ORDERED, ADJUDGED AND DECREED that such administrative closure of the Bankruptcy Case is merely procedural and has no jurisdictional significance. It is further

ORDERED, ADJUDGED AND DECREED that, while the Bankruptcy Case is administratively closed, the Debtor shall not be required to submit post-confirmation quarterly reports, nor to pay U.S. Trustee fees for the period of time during which the Bankruptcy Case is administratively closed. It is further

ORDERED, ADJUDGED AND DECREED that the Debtor or any other party may move to reopen the Bankruptcy Case for the purpose of entry of a final decree and/or resolution of any other matter.

# # # End of Order # # #

Submitted by:

Howard Marc Spector
TBA #00785023
Spector & Johnson, PLLC
12770 Coit Road, Suite 1100
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
EMAIL: hspector@spectorjohnson.com